ACCEPTED
01-15-00035-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 2:59:52 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00035-CR

In the Court of Appeals for the

First District of Texas, at Houston

——————◆——————

**Cause No. 23075**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 2:59:52 PM
CHRISTOPHER A. PRINE
Clerk

In the District Court for the
411th District Court, Polk County, Texas

——————◆——————

## CHAD LEE BRUBAKER

*Appellant*

v.

## THE STATE OF TEXAS

*Appellee*

——————◆——————

## STATE'S WAIVER OF OPPORTUNITY TO RESPOND TO APPELLANT'S *ANDERS* BRIEF

——————◆——————

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now the State of Texas, by the undersigned assistant criminal district attorney, and respectfully waives the opportunity to file a brief in response to the *Anders* brief filed by the appellant's counsel. The State would respectfully show the Court the following:

### I.

In keeping with the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), appointed counsel for the appellant has filed a brief containing the conclusion that this appeal is frivolous. The appellant has been notified of his right to review the appellate record and to file a pro se brief.

### II.

A review of the appellant's brief reveals no question of constitutional dimension or other issue requiring review in the interest of justice.

May 8, 2015

## III.

A copy of this instrument will be served on counsel for the appellant through eFile.txcourts.gov, on the date of the filing of this instrument with the clerk of this court.

**THEREFORE,** the State of Texas waives the opportunity to file a response to the *Anders* brief filed by the appellant's attorney, and moves the Court to affirm the trial court's judgment.

**LEE HON**
Criminal District Attorney
Polk County, Texas

*Carolyn Allen*

CAROLYN ALLEN
Assistant Criminal District Attorney
Polk County, Texas
101 West Mill St. Suite 247
Livingston, Texas  77351
936-327-6868
TBC No. 17881650
kallen@polkcountyda.com

May 8, 2015